RIEL

IN THE SUPERIOR COURT

FOR THE COUNTY OF PROVIDENCE

STATE OF RHODE ISLAND

7-07

CA 08 302ML

LINDA RICHARDS, INDIVIDUALLY
AND AS EXECUTRIX OF THE
ESTATE OF PATRICK RICHARDS

CIVIL NO. PC 08-4448

VERSUS

JURY TRIAL DEMANDED

BUFFALO PUMPS, INC.
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
P.I.C. CONTRACTORS, INC.
TACO, INC.
VIAD CORP. for Griscom Russell

RECEIVED
JUL 0 9 2008
LITIGATION DEPT

**COMPLAINT FOR DAMAGES**

The complaint of LINDA RICHARDS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF PATRICK RICHARDS, a resident of the state of Rhode Island, respectfully represents:

1.

Each of the defendants named in the caption above has conducted business in the State of Rhode Island and has produced, manufactured, or distributed asbestos and/or asbestos containing products with the reasonable expectation that such products would be used or consumed in this State.

2.

Every claim arising under the Constitution, treaties, or laws of the United States is expressly disclaimed (including any claim arising from an act or omission on a federal

enclave, or of any federal officer of the U.S. or any agency or person acting under him occurring under color of such office). No claim of admiralty or maritime law is raised. Plaintiffs sue no foreign state or agency. Venue is proper in this court.

3.

Plaintiffs specifically do not assert herein a claim for relief or cause of action for damages:

(A) Against the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof for any act under color of such office or on account of any right, title or authority claimed under any Act of Congress, Treaties or Constitution of the United States of America.; and/or

(B) Against any Defendant named herein where (1) said Defendant acted under the direction, order, specification, and/or comprehensive and detailed regulation of a federal officer or federal agency in the performance of its contract duties; and (2) there is a causal nexus between said claim or cause of action for damages and the federal officer or federal agency=s direction, order, specification, and/or comprehensive and detailed regulation in the performance of the Defendants contract duties.

4.

The federal courts lack subject matter jurisdiction over this action as there is no federal question and incomplete diversity of citizenship due to the presence of a Rhode Island defendants, to wit: PACKINGS & INSULATIONS CORPORATION, P.I.C. CONTRACTORS, INC., and TACO, INC.

5.

Decedent PATRICK RICHARDS was exposed to various asbestos containing products through his use of products manufactured, sold or distributed by the named defendants, including but not limited to exposure occurring through his service in the U.S. Navy from 1948 to 1952.

6.

As a result of the exposure to asbestos related products of the named defendants, decedent contracted asbestos-related mesothelioma and/or other asbestos-related pathologies.

7.

Named defendants, individually, and through their agents, employees, and/or distributors sold these asbestos containing products to plaintiff, plaintiff's employer, and/or others working with these products around the decedent.

8.

At all times relevant hereto, the asbestos containing products sold by defendants to the decedent and/or third parties reached the decedent without any substantial change in their condition from the time they were sold.

9.

Defendants instructed and intended that asbestos containing products would be used in conjunction with or incorporated in their products so as to render the entire product unsafe for its intended purposes.

10.

Defendants knew or should have known that the asbestos containing products sold by them, incorporated into their products and/or designed for use with their products, were inherently dangerous to those who used, handled or came in contact with said products.

11.

Defendants failed to provide proper, adequate and correct warnings and information about the dangers associated with the use of their products.

12.

Defendants breached their continuing duty to advise and warn the decedent and others reasonably expected to come into contact with their products as to the dangers inherent in the unsafe handling and use of asbestos containing products sold by them, incorporated into their products, or intended to be used with their products.

13.

Defendants actions represent a breach of the duty of reasonable care under the common law of the State of Rhode Island and of their duties to plaintiff under the Restatements, Torts 2d, Section 402A.

14.

Additionally, in the sale of the asbestos containing products, named defendants breached their warranties of merchantability and implied fitness found in R.I. G.L.§ 6A-2-314 and 315, in that the produces were inherently dangerous in the form they left the seller, were not fit for their ordinary purpose and/or were unsafe without directions and warnings as to their anticipated use by the decedent and any person who may be reasonably expected to use, consume or be affected by the products.

15.

Defendants, individually and as agents of one another, engaged in a conspiracy to injure the decedent by failing to disclose knowledge they had or intentionally misrepresenting the dangers of exposure to asbestos and asbestos containing products.

16.

As a result of the above acts of negligence, breaches of duties under the Restatement, Torts 2d, Section 402A, and breaches of the warranties of merchantability and implied

fitness, the decedent sustained severe, painful and permanent injuries proximately caused by named defendants conduct.

17.

Decedent suffered injury as a direct result and proximate result of the acts alleged herein. As a direct and proximate result of the acts of the defendants, decedent suffered serious bodily injury, endured great pain and suffering, incurred medical expenses, suffered mental anguish, required medical monitoring, and was otherwise damaged.

18.

As a result of the decedent PATRICK RICHARDS' exposure to and coming in contact with asbestos and asbestos-containing products, and his inhaling and ingesting fibers from said asbestos and asbestos-containing products that were manufactured, produced, sold and/or supplied by the defendants, the decedent died on October 30, 2007.

19.

Plaintiff LINDA RICHARDS joins this suit as party plaintiff to assert claims on behalf of the Estate for wrongful death, and a claim for loss of consortium, including but not limited to loss of services, love and affection and other benefits of the marital relationship, suffered a result of the breach of defendants' duties set forth above.

20.

Plaintiffs demand trial by jury on all issues herein.

WHEREFORE, plaintiffs LINDA RICHARDS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF PATRICK RICHARDS pray that after due proceedings herein that there be judgment in their favor and against the Named Defendants, jointly and severally, for damages as are reasonable under the premises, including punitive damages, attorney's fees, interest and costs, and for all other general and equitable relief.

New Haven, Connecticut, this 30th day of June, 2008.

RESPECTFULLY SUBMITTED:

THE PLAINTIFFS

EARLY LUDWICK & SWEENY, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
Telephone (203) 777-7799
Telecopier (203) 785-1671

By: ______________________
Robert J. Sweeney, Esq.
R.I. Bar Roll No. 5865
Brian P. Kenney, Esq.
R.I. Bar Roll No. 7217
Richard P. Bullock, Esq.
Louisiana Bar Roll No. 20733
(Pursuant to Pro Hac Motion)
Donni E. Young, Esq.
Louisiana Bar Roll No. 19843
(Pursuant to Pro Hac Motion)

*STATE OF RHODE ISLAND* AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

√ ***Providence County***
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ ***Kent County***
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ ***Newport County***
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ ***Washington County***
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

LINDA RICHARDS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF PATRICK RICHARDS
**Plaintiff**

BUFFALO PUMPS, INC.
**Defendant**

CIVIL ACTION, FILE No. PC 2008-4448

## ***Summons***

GENERAL ELECTRIC COMPANY
CT Corporation System
10 Weybosset Street
Providence, RI 02903

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert J. Sweeney, Esq. Plaintiff's attorney, whose address is Early, Ludwick & Sweeney, LLC 265 Church Street, PO Box 1866, New Haven, CT 06508 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature] CLERK

A true copy attest
[signature] #6070
Date 7/7/08

Dated: July 2, 2008

**(Seal of the Superior Court)**

S- 135 (REV. 02/07)

FROM: Joanne Casale (401)861-7400
Rhode Island CT Reps
10 Weybosset Street - 9th Floor

Providence, RI 02903

FedEx Revenue Barcode

TO: **Henry King (800)227-2757**
**Electric Insurance Company**
**75 Sam Fonzo Drive**

**Beverly, MA 01915**

CAD#: 8283189
SHIP DATE: 07JUL08
WEIGHT: 1 LB

Ref: SOP/0621800/513607042/Joanne Casale

DELIVERY ADDRESS (FedEx-EDR)

** 2DAY **

**WED**
**A2**
Deliver by:
**09JUL08**

**TRK #** **7984 7467 5440** FORM 0201

**BOS**

**01915** -MA-US

# SC MXGA

CLS053008

CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
07/07/2008
CT Log Number 513607042

RECEIVED
JUL 0 9 2008
LITIGATION DEPT

**TO:** Henry King, Attorney
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**RE:** **Process Served in Rhode Island**

**FOR:** General Electric Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Linda Richards, Individually and as Executrix of the Estate of Patrick Richards vs. Buffalo Pumps, Inc., et al including General Electric Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint For Damages |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # PC2008-4448 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/07/2008 at 14:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Robert J. Sweeney, Esq.<br>Early Ludwick & Sweeney<br>265 Church Street<br>PO Box 1866<br>New Haven, CT 06508 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798474675440 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.