**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LINDA RICHARDS, Individually and As Executor of the Estate of PATRICK RICHARDS,<br>Plaintiffs,<br>v.<br>BUFFALO PUMPS, INC., ET AL, et al,<br>Defendants. | Civil Action No.: 08-302 |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant General Electric Company's counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on August 7, 2008. See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

Respectfully submitted,

Jeffrey M. Thomen, Esquire
jthomen@mccarter.com
Federal Bar No. 6738
McCARTER & ENGLISH, LLP
185 Asylum Street, 36th Floor
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax.: (860) 724-3397

Date: August 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system and by first class mail. Parties may access this filing through the Court's CM/ECF system.

Jeffrey M. Thomen



ME1 7608278v.1