**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINDA RICHARDS, Indivually and As Executor of the Estate of PATRICK RICHARDS<br>Plaintiffs, | : | |
| v. | : | CA No. 08-302 |
| BUFFALO PUMPS, INC., et al.,<br>Defendants. | : | |

**RULE 5.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant General Electric Company ("GE"), by and through its undersigned counsel, hereby certifies that GE does not have a parent corporation and that no publicly held corporation owns 10% or more of GE's stock.

Respectfully submitted,

Jeffrey M. Thomen, Esquire
jthomen@mccarter.com
Federal Bar No. 6738
McCARTER & ENGLISH, LLP
185 Asylum Street, 36th Floor
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax.: (860) 724-3397

Date: August 8, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system and by first class mail. Parties may access this filing through the Court's CM/ECF system.

Jeffrey M. Thomen



ME1 7608305v.1