STA ⅁F RHODE ISLAND AND PROVIDENCE P ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-302ML

Case ID: PC-2008-4448 LINDA RICHARDS V BUFFALO PUMPS INC

Filing Date: 07-01-2008
Case Status: UNASSIGNED

Case Type: ASBESTOS CASES
Status Date: 07-01-2008

Plaintiff: LINDA RICHARDS
ID: @11034792

Attorney: ROBERT SWEENEY
Attorney: BRIAN KENNEY

Defendant: BUFFALO PUMPS INC
ID: @11034794
Defendant: GENERAL ELECTRIC COMPANY
ID: @11034795
Defendant: PACKINGS AND INSULATIONS CORPORATIO
ID: @11034796
Defendant: P.I.C CONTRACTORS INC
ID: @11034803
Defendant: TACO INC
ID: @11034805
Defendant: VIAD CORP
ID: @11034806

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-01-2008 | COMPLAINT FILED | |
| 07-01-2008 | INITIAL FILING FEE | |
| 07-02-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP276742. |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island