UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RICHARDS, INDIVIDUALLY
AND AS EXECUTRIX OF THE ESTATE
OF PATRICK RICHARDS

VS. C.A. NO. 08-302

BUFFALO PUMPS, INC., ET AL.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Taco, Inc., by and through its undersigned counsel, hereby certifies that it is owned by The John Hazen White Corporation and that no publicly held corporation owns 10% or more of its stock.

/s/ Thomas W. Lyons

Thomas W. Lyons #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 4567-0700

DATED: August 18, 2008

**CERTIFICATION**

I hereby certify that on this 18th day of august, 2008, a copy of the within was sent to all counsel of record, by regular mail, postage prepaid.

/s/ Thomas W. Lyons

S:\TWL\Taco\Pleadings\Richards v Taco corp disclosure stmt 08-302.wpd